UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| KRISTINA HERBERT, | ) |
| Plaintiff | ) ) ) |
| v. | ) ) 1:23-CV-00418-LEW |
| UNISHIP BANKING, | ) ) ) |
| Defendant | ) ) |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On November 13, 2023, the United States Magistrate Judge filed with the court, with a copy to Plaintiff, his Recommended Decision After Review of Plaintiff's Complaint (ECF No. 5). The time within which to file an objection has expired and no objection was filed. The Magistrate Judge notified Plaintiff that failure to object would waive her right to *de novo* review and appeal.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is AFFIRMED and ADOPTED. Plaintiff's Complaint is hereby DISMISSED. Plaintiff has now twice filed in this court litigation that has been adjudged groundless, the other instance being in case number 1:21-cv-346-LEW. Pursuant to *Cok v. Family Court of Rhode Island*, 985 F.2d 32, 35 (1st Cir. 1993), Plaintiff is cautioned that the filing of a third groundless action in this court will result in a filing restriction, which restriction would bar Plaintiff from filing, without advance permission, any other action in this Court.

**SO ORDERED.**

Dated this 26th day of January, 2024

/s/ Lance E. Walker
UNITED STATES DISTRICT JUDGE